# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISITSA LAW CORPORATION,<br><br>                Plaintiff,<br>  vs.<br><br>UNITED NATIONAL INSURANCE COMPANY,<br><br>                Defendant. | Case No.: CV 09 07282 ODW (PLAx)<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | After full consideration of Defendant United National Insurance Company's |
| 2 | Motion for Summary Judgment and a decision having been duly rendered on April 8, |
| 3 | 2011 and having been entered on April 15, 2011 in Docket Number 53 of this matter, |
| 4 | with no remaining issues to be resolved, IT IS ORDERED AND ADJUDGED that the |
| 5 | Plaintiff Lisitsa Law Corporation take nothing, that the action be dismissed on the |
| 6 | merits. |
| 8 | DATED: April 25, 2011     _____ |
| 9 | HON. OTIS D. WRIGHT II |